AO 442

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
U.S. MARSHALS-S/CA
2022 JUN -2 PM 2: 55

FILED
JUN 2 2 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES OF AMERICA

v.

Mario Francisco Zarate-Lorenzo (3) aka Pancho aka
Mario Francisco Zarate Jr.

~~SEALED~~

s/ dominicf

~~WARRANT FOR ARREST~~

ORDERED UNSEALED on 06/21/2022   s/ dominicf

Case Number:    22cr1240-W (3)

## ~~NOT FOR PUBLIC VIEW~~

To:    The United States Marshal
       and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest          Mario Francisco Zarate-Lorenzo (3)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

☐ Pretrial Violation

charging him or her with  (brief description of offense):
21:841(a)(1), 846 - Conspiracy to Distribute Fentanyl
28:853 - Criminal Forfeiture

DATE: 6/21/22
~~ARRESTED BY:~~ In court

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY:

In violation of Title ____ See Above ____ United States Code, Section(s) ____

John Morrill
Name of Issuing Officer

s/ M. Fujita
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

06/02/2022- San Diego, CA
Date and Location

Bail fixed at $        No Bail        by        The Honorable Michael S. Berg
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |