**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 22cr1240-BTM |
| Plaintiff, | ORDER |
| V. | |
| Mario Francisco Zarate-Lorenzo(3), | |
| Defendant. | |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1 of the Indictment .

Dated: Mar. 29, 2023

Hon. Barry Ted Moskowitz
United States District Judge