**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

               Plaintiff,

    V.

Mario Francisco Zarate-Lorenzo,

               Defendant.

Criminal Case No. 22cr1240-BTM

ORDER

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) 1   of the Indictment .

Dated:   04/13/2023

Hon. Barry Ted Moskowitz
United States District Judge