ARTEMIS SPYRIDONIDIS
SBN: 2886110
2366 Front Street
San Diego, CA  92101
Tel: (619) 252-5352
Email: artemis@artemislegal.com

Attorney for Defendant, Mario Francisco Zarate-Lorenzo

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**(HON. JUDGE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO FRANCISCO ZARATE-LORENZO<br><br>Defendant. | CRIM CASE NO.  22-CR-1240-BTM-3<br><br>SENTENCING SUMMARY CHART<br><br>Date:    May 17, 2023<br>Time:   1:00 p.m. |

Mario Francisco Zarate-Lorenzo, the accused in this case, by and through his attorney, Artemis Spyridonidis, hereby files the following sentencing summary chart in support of his sentencing hearing set for May 17, 2023, at 1:00 p.m.

Respectfully submitted,

Dated: May 10, 2023        s/Artemis Spyridonidis
                                            ARTEMIS SPYRIDONIDIS
                                            Attorney for Defendant,
                                            Mario Francisco Zarate-Lorenzo

1

22-CR-1240-BTM-3

**DEFENSE SENTENCING SUMMARY CHART**

Defendant's Name: Mario Francisco Zarate-Lorenzo          Docket No.: 22-CR-1240-BTM

Attorney's Name: Artemis Spyridonidis          Phone No.: 619-252-5352

Guideline Manual Used: Nov. 1, 2018          Agree with USPO Calcs. No

Base Offense Level: USSG §2D1.1          (Drug Quantity) _____ if Applicable          30

Specific Offense Characteristics:

_____          _____

_____          _____

_____          _____

Adjustments:
§2D1.1(a)(5) Minor Role          -2

_____          _____

_____          _____

Adjusted Offense Level:
☐ Combined (Mult. Counts)   ☐ Career Offender   ☐ Armed Career Criminal          _____

Adjustment for Acceptance of Responsibility:          -3

Total Offense Level:          _____

Criminal History Score:          25

Criminal History Category:          3

☐ Career Offender          ☐ Armed Career Criminal          II

Guideline Range:          _____

(Range limited by: ☐ Minimum Mandatory   ☐ Statutory Maximum)          from: 51

Departures:          to: 63

USSG §2D1.1(b)(18) and §5C1.2, Safety Valve          -2

USSG § 5K2.0, Combination of Factors          -2

USSG §5K2.0, Post-Offense Rehabilitation          -9

_____          _____

Adjusted Offense Level:          12

Resulting Guideline Range:          from: 12

Supervised Release Range: 5 years-life   Fine Range: $25k - $10,000,000          to: 18

**Recommendation :** 12 months and one day custody; $100 Special Assessment; No fine; No period of Supervised Release.

_____

_____

_____