# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED

JAN 03 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

Luis Alfredo Garibay-Felix (1) aka El Wicho aka El Whico Garibay aka Jose Luis

**SEALED**

## WARRANT FOR ARREST

**Case Number:** 22cr1240-W-1

## NOT FOR PUBLIC VIEW

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest        Luis Alfredo Garibay-Felix (1)

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition
☐ Pretrial Violation

charging him or her with  (brief description of offense):
21:841(a)(1), 846 - Conspiracy to Distribute Fentanyl
28:853 - Criminal Forfeiture

DATE: 12/29/23
ARRESTED BY: _____ DOE _____ USMS
Calexico - El Centro, CA
STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: _____

RECEIVED U.S. MARSHALS-S/CA
2022 JUN -3 AH 9: 36

In violation of Title ____See Above____ United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ M. Fujita
Signature of Deputy

06/03/2022- San Diego, CA
Date and Location

Bail fixed at $ _____No Bail_____   by _____The Honorable Michael S. Berg_____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |