US v. GARIBAY-FELIX
22CR1240-BTM-1

Detention Hearing

# EXHIBIT 1

ZETA LIBRE COMO EL VIENTO

TODAY'S NEWS HIGHLIGHTS

## "El Wicho," Arraigned along with Five Other Individuals

ZETA *By Zeta Editorial Team*    *February 9th, 2022*



Luis Alfredo Garibay Felix, a.k.a. "El Wicho," Adrian Mendoza Meza, 22 years old, native of Durango, Durango; Pablo Antonio Mendoza Rodriguez, 21, born in Tijuana; Manuel Antonio Diaz Osuna, 23, from Culiacan, Sinaloa; Jesús Omar Piña Barraza, 50 years old, from Ensenada; and Luis Mario, 17, from Culiacan, Sinaloa, were arraigned after being arrested in possession of an arsenal following a confrontation in Mexicali, Baja California.

The news was announced by the Attorney General's Office of the Republic (FGR, as per its initials in Spanish), through Baja California's Regional Specialized Prosecutor's Office (FECOR, as per its initials in Spanish), which obtained the arraignment court order against the referenced individuals from the Specialized Criminal District Court in Mexicali and from the Specialized Juvenile Justice System Court.

According to the Official Police Report, agents of the Ministry of National Defense (SEDENA, as per its initials in Spanish) arrested the defendants arraigned today in the outskirts of the valley of Mexicali after they were involved in an armed confrontation on the evening of January 31st, 2022.

Six rifle-type long firearms, 40 magazines of various calibers, 1,007 cartridges of various calibers, a .40 caliber grenade launcher accessory, a bulletproof vest, and a vehicle were confiscated from them at the time of their arrest.

The Federal Public Prosecutor's Office requested a hearing before the Magistrate Judge, who found the arrest and detention of the detainees to be lawful and arraigned them for crimes specified in the Federal Law on Firearms and Explosives.

  

The judge ordered the defendants remanded into pre-trial detention as a preventive measure and set a three-month term for concluding the investigation.

Information published by ZETA indicates that, on the evening of January 31, 2022, Garibay Felix was accompanied by four armed men in tactical gear, including a vest bearing the words "National Guard," preparing for what appeared to be an attack against their fierce rival, Jesus Alexander Sanchez Felix, better known as "El Ruso [the Russian]," the main criminal organization in Mexicali, which controls practically all illegal activities.

"El Wicho" is considered one of the main perpetrators of violence in Mexicali and several murders have been attributed to him.



I, Andreea I. Boscor, Translator Certified by the AMERICAN TRANSLATORS ASSOCIATION (ATA), declare that I translated this article from Spanish into English in reference to the case of U.S. v Garibay-Felix, 22CR1240-BTM, and that the translation, which appears below, is complete and accurate, and performed to the best of my ability on January 4, 2024, in San Diego, CA

Language Specialist, U.S. Attorney's Office, San Diego, CA



DESTACADOS    NOTICIAS DEL DÍA

## Vinculan a proceso a "El Wicho" y cinco personas más

ZETA *Por **Redacción Zeta*** *febrero 9, 2022*



Tijuana, Manuel Antonio Díaz Osuna, de 23, oriundo de Culiacán, Sinaloa, Jesús Omar Piña Barraza, ensenadense de 50 años; y Luis Mario, de 17, proveniente de Culiacán, Sinaloa, fueron vinculados a proceso, luego de ser detenidos con un arsenal, tras un enfrentamiento en Mexicali, Baja California

Así lo informó la Fiscalía General de la República (FGR), a través de la Fiscalía Especializada de Control Regional (FECOR), en su Delegación en Baja California, quien obtuvo del Juzgado de Distrito Especializado en el Sistema Penal Acusatorio con sede en Mexicali y del Juez Especializado en el Sistema Integral de justicia para adolescentes, el auto de vinculación a proceso contra las personas mencionadas.

Publicidad



De acuerdo con el Informe Policial Homologado, elementos de la Secretaría de la Defensa Nacional (SEDENA), detuvieron a los hoy procesados en las inmediaciones del valle de Mexicali, después de protagonizar un enfrentamiento armado la noche del 31 de enero de 2022.

Al momento de ser detenidos se les aseguraron seis armas largas tipo fusil, 40 cargadores de diversos calibres, mil siete cartuchos de diversos calibres, un aditamento lanza granadas calibre .40, un chaleco antibalas y un vehículo.

El Ministerio Público Federal, solicito audiencia ante el Juez de Control, quien califico de legal la detención y retención de los detenidos y dicto auto de vinculación a proceso por delitos estipulados en la Ley Federal de Armas de Fuego y Explosivos.





El juez estableció como medida cautelar prisión preventiva oficiosa para los procesados y se fijó un plazo de tres meses para el cierre de la investigación.

Información publicada por ZETA señala que la noche del 31 de enero de 2022, Garibay Félix se encontraba acompañado de cuatro sujetos armados y con equipo táctico –incluso con un chaleco que mostraba la leyenda "Guardia Nacional"–, preparándose para lo que parecía ser un ataque contra su acérrimo rival, Jesús Alexander Sánchez Félix, mejor conocido como "El Ruso", estructura criminal preponderante en Mexicali, el cual controla prácticamente todas las actividades ilícitas.

"El Wicho" es considerado uno de los principales generadores de violencia de Mexicali, además, se le adjudican varios homicidios.

# EXHIBIT 2

I, Carlota Hernandez, Interpreter Certified by the ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS, declare that I am fluent in the English and Spanish languages, and that I translated a news article in the case of U.S. v Garibay-Felix, 22CR1240-BTM (the contents of which appear below, to the best of my ability on January 4, 2024, in San Diego, CA.

Carlota Hernandez [Digitally signed]

Interpreter, U.S. Attorney's Office, San Diego, CA

## "El Wicho" Garibay is captured in an operation by the Preventive State Police

By Redacción Zeta, October 26, 2018



In an operation carried out by the Preventive State Police PEP (as per its initials in Spanish) in the town of Chiapas, in the Mexicali Valley, one of the main targets of organized crime in Baja California was captured.

The individual is Luis Garibay, known as "El Wicho", who was arrested in possession of various amounts of marijuana and two AR-15 assault weapons.

The PEP has not officially reported the capture of the dangerous drug capo who is a descendant of the historic Garibay Family, whose cousins and uncle operated drug trafficking and kidnappings for many years, having the Southern Zone of the valley of Mexicali as their main point of operation.



Garibay Felix was apprehended when he was traveling in an automobile where the drugs and rifles were found.

It is worth noting that an impressive operation in the entire Southern Zone was carried out, and he is currently in custody.

Garibay Felix was arrested in September of 2012, in an operation that took place in the city of Tijuana. On that occasion, he was traveling in a vehicle along with José Luis Mora, known as "El Chinto," whom members of the PEP identified as his bodyguard.

"El Wicho" was turned over to the Attorney General's Office, or "PGR" (as per its initials in Spanish) where the charges against him "practically disappeared."





**ZETA**

DESTACADOS   NOTICIAS DEL DÍA

## Cae "El Wicho" Garibay en operativo de la PEP

ZETA *Por **Redacción Zeta**  octubre 26, 2018*



En un operativo efectuado por la Policía Estatal Preventiva (PEP) en el ejido Chiapas, del valle de Mexicali, se logró la captura de uno de los objetivos principales de la delincuencia organizada en Baja California.

Se trata de Luis Garibay, conocido como "El Wicho", quien fue detenido en posesión de varias cantidades de marihuana y dos armas de asalto, de las llamadas AR-15.

---

Publicidad



Escucha el
**Semanario ZETA**
en Spotify.

Libre como
el viento

EL PODCAST DE
**ZETA**

Todos los viernes, un nuevo episodio.

---

La PEP no ha informado oficialmente la captura del peligroso capo de la droga descendiente de la histórica familia Garibay, cuyos primos y tío operaron durante muchos años el tráfico de drogas y el secuestro, teniendo su principal punto de operación la Zona Sur del valle de Mexicali.

**ZETA**



Garibay Félix, fue aprehendido cuando circulaba a bordo de un automóvil en el que le localizaron el enervante y lo rifles.

Cabe señalar que se realizó un impresionante operativo en toda la Zona Sur y actualmente se encuentra bajo custodia.

---

Garibay Félix fue detenido en septiembre del 2012, en un operativo realizado en el municipio de Tijuana. En aquella ocasión viajaba a bordo de un vehículo en compañía de José Luis Mora, conocido como "El Chinto", quien elementos de la PEP identificaron como su guarura.

"El Wicho" fue turnado a la Procuraduría General de la República (PGR) donde prácticamente se "desvanecieron" las acusaciones en su contra.







# EXHIBIT 3

# BORDERLAND BEAT

Blog dedicated to reporting on Mexican drug cartels on the border line between the US and Mexico.

Follow @Borderland_Beat

HOME    NARCO TERMS    EVENTS    ABOUT    POLICY

## BB INFO

**The Most Extensive and Reliable Source of Information Related to the Mexican Drugs Cartels.**

*You will not find this level of coverage anywhere else, join us!*

**WARNING:** Posts may contain strong violent material, discretion is advised.

*Send us information, video and pictures, you remain anonymous.* borderlandbeat@gmail.com

Or call us 915-224-0295

**COMMENTS:** We do not publish all comments, and we do not publish comments immediately.

View policy on comments for more information.

## BB REPORTERS

Buggs

Char

El Huaso

Enojon

HEARST

Itzli

Morogris

Ms. H

Redlogarythm

Socalj

Home » » The Third Fall Of "Wicho" Garibay

## The Third Fall Of "Wicho" Garibay

By Char    2/14/2022 03:17:00 PM    2 comments

 

"Ivan" for Borderland Beat

Alfredo Garibay Felix 33 years old

Considered one of the main generators of violence in Mexicali and to which are awarded several homicides, Luis Alfredo Garibay Félix would have his last moments of freedom, after a gunfight that occurred the night on Monday, January 31 against personnel of the Secretariat of National Defense in the well-known ranch of Los Garibay, the mythical group whose criminal lineage dates back to the 1980s in the Valley of Mexicali. Since 2020, "El Wicho" is identified as an ally of assassins linked to Iván Archivaldo and Alfredo Guzmán Salazar, known as "Los Chapitos"

Luis Alfredo Garibay Félix alias "El Wicho" -innocent until his responsibility is determined by a judge's sentence, according to Article 13 of the CNPP-, had been recognized and identified as one of the leaders of the Los Angeles criminal syndicate for more than ten years. Garibay, a cell related to Ismael "El Mayo" Zambada, but which previously collaborated under the protection of the Arellano Félix

Search

Popular    Tags    Blog Archives


**New Photo of Gulf Cartel Leader Osiel Cárdenas Emerges Months Before His Scheduled Prison Release**
"Morogris" for Borderland Beat Osiel Cardenas-Guillen (pictured on the right) alongside an unidentified U.S. federal prison inmate...


**Los Chapitos Make Pact With 'El Mayo' To Survive**
"Sol Prendido" for Borderland Beat A Sedena report reveals that while the Guzman Lopez godfather grows stronger, 'Los Menores&...


**Throwback Series: Newly Uncovered Details on Z-1's Death**
"Morogris" for Borderland Beat This article is part of the Borderland Beat's exclusive " Throwback Series ," delving...


**Larry Hernandez' NYE Concert in Tijuana Cancelled After Grenades Thrown**
"Socalj" for Borderland Beat Unknown assailants threw grenades outside the Casa Blanca Entertainment Center, where the corrido si...


**Tijuana, Baja California: Police Couple Handle Their Fucking Business During Armed Attack**
"Sol Prendido" for Borderland Beat A police couple, a municipal and state police officer, were shot at in front of a house on Cañó...


**Ciudad Juárez, Chihuahua: Female Assassin Is Arrested For Killing And Beheading 3 Men**
"Sol Prendido" for Borderland Beat Video translation is as follows: Edgar: A woman which authorities say is a member of a gang of ...

**Updated: 30 Reported Massacred in Buenavista, Guerrero but LFM Gunmen Claim Only 'Los Tlacos' Killed**

brothers in the Mexicali Valley during their years of absolute power...

BORDERLAND BEAT BOOK



Author: Alex Marentes

The native of Santa Marta, California, but a resident of Yuma, Arizona, was identified as conflictive, but tried to keep a low profile for several years. However, that did not prevent elements of the extinct State Preventive Police (PEP) from capturing him on two occasions: once in possession of firearms in 2012, through an operation in Tijuana; and the other, after an operation carried out on the family's ranch in Ejido Chiapas III, south of the Mexicali Valley. On that last occasion, "El Wicho" had to be admitted to the facilities of the Mexicali General Hospital, because he was intoxicated during the arrest; he was not turned over to the investigating authorities.

On the night of January 31, 2022, Garibay Félix was accompanied by four armed subjects and wearing tactical equipment -including a vest that showed the legend "National Guard"-, preparing for what appeared to be an attack against his staunch rival, Jesús Alexander Sánchez Félix, better known as "El Ruso", a preponderant criminal structure in Mexicali, which controls practically all illicit activities.

What his team never expected is that elements of the National Defense Secretariat (Sedena) had spent several days carrying out patrols in the area with the intention of locating the behavior of the alleged members of the criminal cell.



Jesús Omar Pina Barraza, 52 years old, from Ensenada / Manuel Antonio Díaz Osuna, 23 years old, from Ensenada / Luis Mario, "N", 17 years old, originally from Culiacán / Pablo Antonio Mendoza Rodríguez, 21, born in Tijuana

That day, again at the Ejido Chiapas III ranch, they were surprised and secured after a confrontation between the military squad and five alleged criminals.

Garibay Félix is one of the main generators of violence in Mexicali, becoming an important piece for the intentions of Iván Archivaldo and Alfredo Guzmán Salazar -known as "Los Chapitos"- to increase their criminal influence in the Cachanilla Valley.



"Socalj," "Char" and "Enojon" for Borderland Beat In Buenavista de los Hurtado, a municipality of Heliodoro Ca...

BLOG ARCHIVE

February (193)

SUBSCRIBE TO BORDERLAND BEAT

Get new posts by email:

Enter your email

Subscribe

TOTAL PAGE VIEWS

 277,518,539

2

This is the second criminal leader and priority target arrested in Luis Alfredo, Angel Felipe Cuamea Barajas Lozano alias "El Omega", a member of the "Los Rusos" structure, was only apprehended on December 27, 2021.

His capture was a fortuitous act, since it originated after an emergency report denouncing people shooting long weapons in the Golden Zone of Mexicali; The capture was in charge of elements of the Municipal Police.

The "narco war" between "La Chapiza" and "Los Rusos" with their respective cell leaders, have left a number of homicides never seen before in Mexicali, where only in the previous two years, around 500 murders in total were documented, and, in the first month of 2022, it reached 34 deaths, that is, more than one a day.

THE RAID

Luis Alfredo Garibay Félix, 33 years old, was born in the United States, but has had a marked criminal presence in Mexicali and Sonora, where he felt comfortable and sure that he could not be captured for following the same scheme as his uncle, Manuel Garibay Espinoza and all his mafia.

The scheme was nothing to write home about, since he committed crimes in San Luis Río Colorado, Sonora -he even got close to Sonoyta- and returned to Mexicali, where he hid in the same ranch, or else, in some house of security.

His connection between both municipalities was privileged, they avoided traveling by road and instead traveled through the gaps that join both municipalities, a route that only residents of the South Zone of the Mexicali Valley know.

On the night of Monday, January 31, "El Wicho" crossed the border once again -as he has done throughout his life- and temporarily took refuge in his family's ranch. Intelligence personnel versions state that four vehicles entered Baja California, but only a late-model, black Ford F150 with California license plates was located on that ranch.

Military carried out a review in the area and confirmed the criminal presence in the place, for which they requested support from the security forces; At that moment the confrontation broke out.

The group of soldiers was not too many, few, but enough to fight the alleged assassins of Garibay Félix, who could not sustain the fight for long and finally laid down their weapons.

Of the six detainees, three presented injuries, but only "El Wicho" was on the verge of death, after receiving several impacts from high-powered weapons on the body and amputating a finger due projectiles.

3



As soon as it resumed scene, soldiers took everything and withdrew from the place due to the possibility of a response from criminal groups.

Three of those involved were transferred to the facilities of the Attorney General's Office (FGR) for the crime of carrying weapons for the exclusive use of the Army; the other three remained under care at the facilities of the Mexicali General Hospital, where they received care due to the seriousness of their injuries.

Since that night, the General Hospital has been under an intense military surveillance operation, given the possibility that armed groups would come to rescue the dangerous target. A fact that was confirmed by the State Secretary of Health, Adrián Medina Amarillas, who on Wednesday, February 2, during the morning of the State Government, asserted that this measure was taken due to the rumor that an armed conflict could be generated.

THE LINE OF INVESTIGATION

According to sources from the Security Tables for the Construction of Peace, the reason why Luis Alfredo Garibay Félix was in Mexicali preparing a violent operation is that he planned to respond to the attacks by "El Ruso", committed in days past.  Both Los Salazar and "Los Chapitos" have tried to enter Mexicali in recent years, but have been stopped by the defense of their former allies identified, such as "Los Rusos".

Between November and December 2021, two violent events occurred that shook criminal activity in Mexicali. The first occurred on November 1, when heavily armed gunmen gunned down Jesús Eduardo Garibay Salazar "El Pechocho" while he was traveling with his partner and a friend of his in an all-terrain vehicle through the dunes of "Cuervitos" in Valle from Mexicali.

The descendant of the Garibay family was killed and his crime was attributed to "Los Rusos", due to the struggle they have been having for more than a year, although this link was never officially confirmed.

The second event occurred just on December 27, after the arrest of Felipe Eduardo Barajas Lozano alias "El Omega",

4

one of the main operators of "El Ruso". In this context, on January 20, authorities took Blanco Heredia "El Flacaman" 10 years old, was taken from the outskirts of his home in the Satélite neighborhood of Mexicali and later tortured.



The body was found four days later, near the area known as "El Doctor" in the Gulf of Santa Clara in San Luis Río Colorado, Sonora, along with a green cardboard with the following legend:

"SAVE YOURSELF PLEBES LOOK WHAT HAPPENED TO ME BETTER RUN YOU COULDN'T SAVE ME "CHOLO" I WAS THE FLACAMAN AND BASTOS NEXT".

Little is known about this character identified as "El Cholo", but according to close sources and victims, this individual has directed several criminal acts such as uprisings in the communities of the Mexicali Valley located near the border with San Luis.

There are several interpretations by the authorities of what happened in this incident, but the main line of investigation is that "El Flacaman" was an operator of "Los Chapitos", who was discovered by "Los Rusos" and killed, to later be dumped precisely in the Gulf of Santa Clara, one of its bases of operation.It was possible to identify that it is part of the register of fishermen who received support from the Federal Government during the administration of Enrique Peña Nieto, due to the ban implemented by his administration for the protection of the vaquita marina.

The document held by ZETA states that during the second quarter of the PRI government, Blanco Heredia received 48,000 pesos as compensation for the restriction of fishing in the Upper Gulf.

In response to the murder of one of his bishops, Garibay Félix, who was protecting the Gulf and San Luis, was sent to Mexicali to respond to the attack, authorities estimate. However, they were caught before committing the crime.

THE ACCUSATIONS AND ARRESTS OF THE "WICHO"

In the next few days, Garibay Félix will face accusations related to the crime of carrying weapons for the exclusive use of the Army and the possibility of attempting to commit homicide against members of the military is being framed.

5

However, the most severe accusation originated from a crime committed directly last <span></span> February 2, 2022 in the Colima and Chiapas I ejidos, where a command of at least five units with heavily armed individuals broke into two houses to murder and kidnap several people.

In a home they shot Enrique Martínez Camacho, 46 years old, and injured his partner Araceli Muñoz Aguilera, 24, in addition to subtracting three brothers of the deceased, named Aarón, Alonso and Ángel, 41, 48 and 45 years of age, respectively. It is presumed that one of them managed to escape, however, until the closing of the edition, Thursday, February 3, his whereabouts were unknown.

At the scene, the thugs left a black cap and dozens of 7.62×39 and 9-millimeter shell casings, which were collected by experts from the State Attorney General's Office.Not even five minutes had passed since the Emergency reports when they broke into another home located in Ejido Colima to murder José Fidencio Granados, 47 years old, and injured his son, named José Yael, 6 years old, to later leave the the scene.



After committing the second crime, they fled to San Luis Río Colorado, where they continued their violent action and attacked another home in Estación Riíto in the San Luis Valley, where they blasted a house.

Reports from the state authority indicated that the criminals continued their escape towards Sonoyta, for which they even stole vehicles. A witness to the events managed to observe the escape of the members of the convoy and identify Luis Alfredo Garibay Félix and René Ledesma Jáuregui as two of the members of the armed group.

It is the third time that "El Wicho" has been arrested since he was identified as an important piece in the criminal sociogram of Mexicali. The first dates from 2012, when he was traveling aboard a vehicle in the company of his escort Jorge Luis Mora López "El Chinto" -murdered on October 14, 2020 in the Ejido Colima- through the streets of Tijuana.

6

That day he was arrested by elements of the PEP in possession of a handful of abuse weapons, but he was released almost immediately. While "El Chinto" was held responsible for the murder of three people, including a girl, during an armed attack. After spending a few years in prison, he regained his freedom thanks to an appeal for review before the federal court filed by his private attorney, which saved him from a 50-year prison sentence.

The second arrest occurred in November 2018, during a confrontation between "El Wicho" and some of his alleged assassins at the same ranch where he was arrested a few days ago. On that occasion, Garibay was transferred to the General Hospital due to "poisoning" that he suffered at the time of his capture; At that time, he claimed an alleged allergic problem, derived from his contact with fertilizers at the time of his escape. This fact could never be verified and days later he was released by the FGR.

ZETA TIJUANA

7