

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | Case No. <u>22-CR-1240-BTM</u> |
| Plaintiff,  ) | |
| v.  ) | **PROTECTIVE ORDER** |
| LUIS ALFREDO GARIBAY-FELIX,  ) | |
| Defendant.  ) | |

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure pertaining to pretrial discovery, and to prevent premature and unwarranted disclosure of evidence to potential targets, subjects, witnesses, and unrelated third parties, and to prevent threats to Government informants and cooperating defendants,

IT IS HEREBY ORDERED that the defendants, their counsel of record, and the counsel's assistants ("the Defense"), shall not disclose the substance of any discovery material received from the Government in the above-captioned matter ("the Discovery"), to any third party, unless such material is already a matter of public record, without prior approval of this Court;

IT IS FURTHER ORDERED that the Defense may review the Discovery with the defendant only in the presence of a member of the Defense, and may not provide a copy of the Discovery to, or leave a copy of the Discovery with, the defendant.

IT IS FURTHER ORDERED that the Discovery produced by the Government may not be copied and further disseminated in any way to any other person or entity who is not part of the Defense.  The Defense includes counsel for each defendant, any investigator, interpreters, experts, paralegals, legal assistants, and/or law clerks assisting defense counsel in this case.

Nothing contained herein shall preclude Government, defendant or their counsel, or their respective assistants from conducting an investigation of the facts of this case on behalf of the Government or the defendant, or with respect to the Government and its assistants only, from conducting an investigation of other criminal activity, including interviewing witnesses disclosed by said discovery materials, or from taking statements from witnesses disclosed by said discovery materials, or from asking said witnesses if they themselves have made prior statements to the Government that are disclosed in the discovery materials, and about the contents of such statements.  In connection with any such investigation, it shall not be necessary that the Government, the defendants or their counsel, or their respective assistants, obtain prior permission of this Court.

Should counsel withdraw or be disqualified from participation in this case, any material received and any copies derived therefrom, shall be returned to the Government within ten (10) days.

Defense counsel shall be required to communicate the substance of this order and explain it to their client and assistants before disclosing the substance of the discovery to their client or assistants.

SO ORDERED.

DATED: June 28, 2024

HON. BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

2

22-CR-1240-BTM