Case 3:22-cr-01240-JO   Document 106   Filed 12/12/24   PageID.308   Page 1 of 1

| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | | **TRANSCRIPT ORDER** **Please use one form per case** *Please read instructions on next page* | COURT USE ONLY **DUE DATE:** |
|---|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER NICHOLAS DE PENTO | 2a. CONTACT PHONE NUMBER 619-236-1151 | 3a. CONTACT EMAIL ADDRESS DEPENTOLAW@SBCGLOBAL.NET |
|---|---|---|
| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3b. ATTORNEY EMAIL ADDRESS |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) 501 WEST BROADWAY, SUITE A-410, SAN DIEGO, CA 92101 | 5. CASE NAME USA v. LUIS A. GARIBAY-FELIX | 6. CASE NUMBER 22-CR-01240-JO |
|---|---|---|

**7. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) | | | | b. SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)* | | | | | | c. DELIVERY TYPE (Choose one per line) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | CD ($32) | ORDINARY (30-day $3.65 pp) | 14-DAY ($4.25 pp) | EXPEDITED (7-day $4.85 pp) | 3-DAY ($5.45 pp) | DAILY (Next Day $6.05 pp) | HOURLY (2 hrs $7.25 pp) |
| 9/16/24 | BTM | | MHTS | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**8. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.**

| ORDER & CERTIFICATION (9. & 10.) By signing below, I certify that I will pay all charges (deposit plus additional). 9. SIGNATURE /s/ Nicholas De Pento | 10. DATE 12-11-2024 |
|---|---|

(Rev. 01-27-2020) CASD Transcript Order Form | Page 1