**Pages 1 - 7**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Before The Honorable Barry Ted Moskowitz, Judge

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )
   VS.                          )       NO. 22-CR-01240-JO
                                )
LUIS ALFREDO GARIBAY-FELIX,     )
                                )
            Defendant.          )
_____ )

San Diego, California
Monday, September 16, 2024

**TRANSCRIPT OF MOTION HEARING/TRIAL SETTING**

**APPEARANCES:**

For Plaintiff:

                    TARA K. MCGRATH
                    United States Attorney
                    880 Front Street, Room 6293
                    San Diego, California 92101
                BY: **VICTOR PABLO WHITE, ESQ.**
                    **JONATHAN I. SHAPIRO, ESQ.**
                    **ASSISTANT UNITED STATES ATTORNEYS**

For Defendant:

                    LAW OFFICES OF NICHOLAS DEPENTO
                    501 West Broadway, Suite A-410
                    San Diego, California 92101
                BY: **NICHOLAS DEPENTO, ESQ.**
                    **ATTORNEY AT LAW**

Reported By:    James C. Pence-Aviles, RMR, CRR, CSR No. 13059
                Official Court Reporter

**Monday - September 16, 2024**                              **2:08 p.m.**

                         **P R O C E E D I N G S**

                              ---000---

          **THE CLERK:**  All right.  So where do we start?

          **THE COURT:**  Rick.

          **THE CLERK:**  Good to go?

     Mr. DePento, I was going to call you first.

          **MR. DEPENTO:**  Oh.  I'm on the calendar?

          **THE CLERK:**  You're on calendar on Number 8.

          **MR. DEPENTO:**  Oh.  It's only two pages.

          **THE CLERK:**  That's an older calendar, I'm guessing.

     Calling Calendar Matter Number 8, 22-CR-1240,
United States of America versus Luis Alfredo Garibay-Felix.

          **MR. DEPENTO:**  Good afternoon, Your Honor.
Nick DePento for Mr. Garibay-Felix.

          **MR. SHAPIRO:**  Good afternoon, Your Honor.
Jonathan Shapiro for the United States.

          **MR. DEPENTO:**  Your Honor, it was contemplated that we
would ask for a continuance on this matter.  But my client,
who's in custody and is having severe medical issues, wants me
to set this case for trial, and I'm happy to do that.

     There are still some discovery issues outstanding, but
Mr. Victor White has been working with me, and -- and so I
think we can accomplish that and still keep a trial date.  I'm
looking for some- -- something in late November or December, if

the Court's available.

THE CLERK:  Your Honor, I apologize.  I called this one out of order thinking that both counsel were here. Mr. White is going to be appearing himself, and he is not here yet.  It's actually set for 2:30.

So we may need to trail.

MR. DEPENTO:  Oh.  That's fine.

THE COURT:  Rick.

THE CLERK:  Hold on one second, guys.

We're good.  We are going to trail that one.

(Discussion regarding other cases.)

MR. SHAPIRO:  Mr. Clerk, counsel for -- on Number 8 are all present now.

THE CLERK:  Calling Calendar Matter Number 8, 22-CR-1240, United States of America versus Luis Alfredo Garibay-Felix.

THE COURT:  Rick.

THE CLERK:  Thank you, sir.

MR. DEPENTO:  Good afternoon, Your Honor. Nick DePento, Your Honor, appearing for Mr. Garibay-Felix, who's in custody before us now.

MR. WHITE:  And good afternoon, Your Honor. Victor White for the United States.

MR. DEPENTO:  As I was trying to -- I was starting to explain to the Court, although there are some discovery issues

still outstanding as late as, I think, Thursday, in my conversation with Mr. White, Mr. Garibay-Felix would like to have a trial date selected in order to have some completion of his case.

He has severe medical issues, one including, over a year ago, a colonoscopy bag.  It should have been removed.  It's not.  That is as much of a concern as the criminal case.

The People -- the People [sic] and I have been talking.  Maybe the earliest that Mr. White and possibly I can put the matter on for trial would be maybe December or January, most likely January, with the Court's schedule.

THE COURT:  What is the earliest date you can be prepared for trial, which would be excludable time?

MR. DEPENTO:  I'm sorry.  I didn't understand the first word -- word or two, Judge.

MR. WHITE:  I think it's what's the earliest you would be available --

MR. DEPENTO:  I'm sorry?

MR. WHITE:  What would be the earliest that you're available for trial and --

THE COURT:  Hold on.

MR. DEPENTO:  The earliest would be late November or December.  The defendant is willing to waive time.  Discovery is still outstanding.

THE COURT:  What is the earliest date you can be

prepared for trial, which would be excludable time?

**MR. DEPENTO:** Well, we had talked about it.

**MR. WHITE:** Sure.

Your Honor, what -- the parties had discussed a trial date possibly in December. There's over 23 gigabytes of discovery. Mr. DePento and I have still been exchanging messages and letters about discovery.

We, as recently as Friday, produced discovery, but my understanding is it's in a form -- some discovery produced earlier this month was in a format that Mr. DePento could not access. So we will be reproducing that.

**MR. DEPENTO:** That's my position as well.

**THE COURT:** What is the amount of time that you need to be prepared for trial, Mr. DePento?

**MR. DEPENTO:** At least two to three months, Judge.

**THE COURT:** Can we give a date in three months?

**THE CLERK:** Your Honor, I would suggest December 16th, which is a Monday.

**MR. DEPENTO:** That's fine for the defense, of course.

**MR. WHITE:** That date is fine, Your Honor.

**THE COURT:** Do you agree with that continuance, Mr. Garibay-Felix?

**MR. DEPENTO:** Do you agree? Do you agree with that?

**THE DEFENDANT:** Yeah.

**MR. DEPENTO:** Say it out loud.

**THE DEFENDANT:**  Good afternoon, Your Honor.

Yeah, I agree.

**THE COURT:**  The request for a continuance is granted. The time between today and the continued hearing date is excluded, under the Speedy Trial Act, to allow adequate preparation by the defense.  The need for the continuance outweighs the defendant's, the Government's, and the public's interest in a speedier trial.

Rick.

What about your motion to preserve evidence?

**MR. DEPENTO:**  Well, I would like it to still stay in existence until I take a look at these -- this additional discovery as to whether it's relevant or not.

**THE COURT:**  All right.  We will continue that also.

I will transfer the case to a judge who can try it when you have suggested.

Rick, who will that be?

**THE CLERK:**  That will be Judge Ohta, Your Honor.

**THE COURT:**  Do they want a status hearing?

**THE CLERK:**  Your Honor, I have a message in to her courtroom deputy, and he has not yet responded.  If he indicates a date, I will prepare a notice of hearing so counsel will all be notified of the status hearing date.

**MR. WHITE:**  Great.  Thank you.

**MR. DEPENTO:**  And, Your Honor, should I take up the

medical issue with the magistrate as opposed to yourself?  Not that I would address it today, but --

THE COURT:  That is up to Judge Ohta.

MR. DEPENTO:  Very well.

Thank you very much, Your Honor.  Take care.

THE CLERK:  Your Honor, the -- the courtroom deputy for Judge Ohta is responding now.  If we could have maybe another minute, I will be able to give them the actual date for the status hearing.

They've requested that we set the status hearing for Friday, 9/20, at 2:00 p.m.

MR. DEPENTO:  That will be fine.

MR. WHITE:  That's fine.

MR. DEPENTO:  Thank you.

THE DEFENDANT:  Thank you.

(Proceedings adjourned at 3:24 p.m.)

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE:   Thursday, December 12, 2024

_/S/ James C. Pence-Aviles_

James C. Pence-Aviles, RMR, CRR, CSR No. 13059
U.S. Court Reporter