**FILED**

DEC 1 8 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

LUIS ALFREDO GARIBAY-FELIX (1),

Defendant.

Case No. 22-cr-1240-JO

Booking No. 93222-510

**JUDGMENT AND ORDER OF DISMISSAL**

Based upon the oral motion of the United States, the Court grants the United States' oral motion to dismiss without prejudice the Indictment in the above-entitled case against defendant Luis Alfredo Garibay-Felix. The defendant is hereby discharged.

IT IS SO ORDERED.

DATED: December 13, 2024

HONORABLE JINSOOK OHTA
UNITED STATES DISTRICT JUDGE

I have executed within _DSM2_
Judgement and Commitment on_12/17/24_
United States Marshal

By:_____
USMS Criminal Section